**Motion for Rehearing Granted; Appeal Reinstated; Memorandum Opinion filed February 8, 2022, Withdrawn; and Order filed May 24, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00593-CV

## IN THE INTEREST OF G.D.P., A CHILD

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-03419**

## ORDER

On December 14, 2021, this court ordered appellant to file his brief within thirty days and warned him that failing to do so would result in dismissal of this appeal for want of prosecution. After thirty days elapsed without any brief being filed, this court accordingly dismissed the appeal for want of prosecution on February 8, 2022.

Before the court is a motion for rehearing, which states that appellant's counsel did not receive notice of this court's December 14th order due to a technological issue occurring around December 12, 2021. As a result of that

incident, approximately one month of emails, which included the notice of this court's December 14th order, were lost. Appellee has filed a response to the motion, opposing rehearing and reinstatement largely on the basis of what she represents is appellant's dilatory behavior, particularly with regard to paying fees and expenses.

After considering the motion and response, the court hereby **GRANTS** the motion for rehearing. This court's opinion filed February 8, 2021, is **WITHDRAWN**, and our judgment of that date is **VACATED**. The appeal is ordered **REINSTATED**. Although the motion represented that a brief would be filed in association with the motion, as of the date of this order, no such brief has been filed. Accordingly, appellant is ordered to file his brief within fourteen days of the date of this order. As appellant's motion indicates counsel has already prepared the brief, this court does not anticipate granting any extensions to this deadline. If appellant fails to timely file a brief again, the appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.